UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 3:15mc187-FDW

**IN THE MATTER OF:**

**SPECIAL ADMISSION OF ATTORNEYS**
**EMPLOYED BY THE FEDERAL**
**DEFENDERS OF THE WESTERN**
**DISTRICT OF NORTH CAROLINA,**
**INC.**

**FOR GOOD CAUSE SHOWN,**

**IT IS ORDERED** that any attorney employed by the Federal Defenders of Western North Carolina, Inc. (FDWNC) (the community defender organization for this District, established pursuant to Title 18 United States Code section 3006A) and/or its successor defender organization, may appear specially and be heard in any action in which the FDWNC or its successor organization has been appointed without formal or general admission to the Bar of this court for a period of one year from the date of this Order or one year from the date such attorney first begins work in this district, whichever is later. Any attorney who appears in this Court pursuant to such order shall read and agree to abide by the Local Rules of this Court, the Rules of Professional Conduct of the North Carolina State Bar, and the ABA Model Rules of Professional Conduct, and to accept the discipline of this court in the same manner as an attorney regularly admitted to the Bar of this Court.

The Clerk of Court will certify a copy of this Order to the Executive Director of the FDWNC.

With the concurrence of the judges of this court, SO ORDERED this 30th day of October 2015.

FRANK D. WHITNEY
Chief United States District Judge